IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
04/24/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

Leyla Adamari MINAYA NUELA,                )
                                                                            )
                                    Petitioner,                      )
                                                                            )
        v.                                                               )        Case No. 26-3066-JWL
                                                                            )
Jacob WELSH, Warden, Chase County Detention Ctr; )
Todd LYONS, Acting Director, ICE;                  )
Secretary, Department of Homeland Security; and )
Pamela BONDI, Attorney General,                    )
                                                                            )
                                    Respondents.                   )
                                                                            )
_____ )

## ORDER OF DISMISSAL

Petitioner, acting *pro se*, filed a petition for habeas corpus under 28 U.S.C. § 2241, by which she challenged her detention by immigration officials. After the date of that filing, as shown by evidence submitted by respondents, an immigration judge granted petitioner's application for voluntary departure (and her withdrawal of her other applications for relief), and petitioner actually departed the United States. Moreover, the deadline for petitioner's traverse in support of her petition has expired. Accordingly, the Court hereby **dismisses this case as moot**.

IT IS SO ORDERED.

Dated this 24th day of April, 2026, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge